# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE RENCHER, JR., | |
| Petitioner, | Case No. 2:12-cv-01258-PMP-GWF |
| vs. | **ORDER** |
| BRIAN WILLIAMS, SR., | |
| Respondents. | |

Petitioner having submitted an unopposed motion for an extension of time in which to file amended petition for writ of habeas corpus (second request) (#13), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for an extension of time in which to file amended petition for writ of habeas corpus (second request) (#13) is **GRANTED**. Petitioner shall have through May 28, 2013, to file an amended petition.

DATED: April 26, 2013.

_____
PHILIP M. PRO
United States District Judge