# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDDIE RENCHER, JR.,

    Petitioner,

vs.

BRIAN WILLIAMS, SR.,

    Respondents.

Case No. 2:12-cv-01258-PMP-GWF

**ORDER**

Petitioner having submitted an unopposed motion for an extension of time in which to file amended petition for writ of habeas corpus (second request) (#13), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for an extension of time in which to file amended petition for writ of habeas corpus (second request) (#13) is **GRANTED**. Petitioner shall have through May 28, 2013, to file an amended petition.

DATED: April 26, 2013.

_____
PHILIP M. PRO
United States District Judge