# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE RENCHER, JR., <br><br>    Petitioner, <br><br> vs. <br><br> BRIAN WILLIAMS, SR., <br><br>    Respondents. | Case No. 2:12-cv-01258-PMP-GWF <br><br> **ORDER** |

Petitioner has filed an amended petition (#18). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct respondents to file a response.

IT IS THEREFORE ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the amended petition (#18). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

DATED: October 7, 2013

_____
PHILIP M. PRO
United States District Judge