# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

EDDIE RENCHER, JR.,

Plaintiff,

v.

BRIAN WILLIAMS, SR. and ATTORNEY
GENERAL OF THE STATE OF NEVADA,

Defendants.

Case No. 2:12-cv-01258-APG-GWF

**ORDER**

(Dkt. #35)

In light of plaintiff Eddie Rencher, Jr.'s notice (Dkt. #42) indicating that he has exhausted his state court remedies and wishes to proceed on his fully-exhausted Petition for Writ of Habeas Corpus,

IT IS ORDERED that plaintiff Eddie Rencher, Jr.'s motion to stay and abey proceedings **(Dkt. #35) is DENIED as moot**.

IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which this order is entered to answer or otherwise respond to the amended petition (#18). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

DATED this 8th day of September, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE