# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDDIE RENCHER, JR.,

    Petitioner,

vs.

BRIAN WILLIAMS, SR.,

    Respondents.

Case No. 2:12-cv-01258-APG-GWF

**ORDER**

    Petitioner having submitted an unopposed motion for an enlargement of time (first request) (#46), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time (first request) (#46) is **GRANTED**. Petitioner will have through December 28, 2015, to file and serve a response to respondents' motion to dismiss (#45).

DATED: 10/28/15

ANDREW P. GORDON
United States District Judge