# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDDIE RENCHER, JR.,

    Petitioner,

vs.

BRIAN WILLIAMS, SR.,

    Respondents.

Case No. 2:12-cv-01258-APG-GWF

**ORDER**

Respondents having filed a motion for extension of time (first request) (#50), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for extension of time (first request) (#50) is **GRANTED**. Respondents will have through February 18, 2016, to file and serve a reply to petitioner's opposition (#49).

Dated: January 19, 2016.

                                              ANDREW P. GORDON
                                              United States District Judge