1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8
9 EDDIE RENCHER, JR.,

10        Petitioner,                                    Case No. 2:12-cv-01258-APG-GWF

11 vs.                                                   **ORDER**

12 BRIAN WILLIAMS, SR.,

13        Respondents.

14

15        Respondents having filed a motion for extension of time (second request) (#53), and good

16 cause appearing;

17        IT IS THEREFORE ORDERED that respondents' motion for extension of time (second

18 request) (#53) is **GRANTED**.  Respondents will have through March 20, 2016, to file and serve a

19 reply to petitioner's opposition (#49).

20        DATED: 2/25/16

21
22
                                                        ANDREW P. GORDON
23                                                      United States District Judge

24
25
26
27
28