# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

EDDIE RENCHER, JR.,

    Petitioner,

vs.

BRIAN WILLIAMS, SR.,

    Respondents.

Case No. 2:12-cv-01258-APG-GWF

**ORDER**

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 57), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 57) is **GRANTED**.  Respondents will have through November 3, 2016, to file and serve an answer to the amended petition (ECF No. 18).

DATED: September 29, 2016

_____
ANDREW P. GORDON
United States District Judge