# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDDIE RENCHER, JR.,

    Petitioner,

vs.

BRIAN WILLIAMS, SR.,

    Respondents.

Case No. 2:12-cv-01258-APG-GWF

**ORDER**

Petitioner having submitted an unopposed motion for extension of time (first request) (ECF No. 60), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 60) is **GRANTED**. Petitioner will have through February 17, 2017, to file and serve a reply to respondents' answer (ECF No. 59).

DATED: December 16, 2016.

                                      _____
                                      ANDREW P. GORDON
                                      United States District Judge